B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Maryland | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Correlogic Systems, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**52-2266100** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**20271 Goldenrod Lane, Suite 2070**<br>**Germantown, MD**<br>ZIP Code **20876** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Montgomery** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other _____

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Correlogic Systems, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Correlogic Systems, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ James A. Vidmar**
Signature of Attorney for Debtor(s)

  **James A. Vidmar 00271**
Printed Name of Attorney for Debtor(s)

  **Logan, Yumkas, Vidmar & Sweeney, LLC**
Firm Name

  **2530 Riva Road, Suite 400**
  **Annapolis, MD 21401**

_____
Address

        **Email: jvidmar@loganyumkas.com**
  **443-569-5977  Fax: 410-571-2798**
Telephone Number

  **July 12, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Peter J. Levine**
Signature of Authorized Individual

  **Peter J. Levine**
Printed Name of Authorized Individual

  **President & CEO**
Title of Authorized Individual

  **July 12, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Maryland

In re   **Correlogic Systems, Inc.**                          Case No.
                                    Debtor(s)                 Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **A.R.E. Maryland, Inc.**<br>**385 East Colorado Boulevard, Suite 299**<br>**Pasadena, CA 91101** | **A.R.E. Maryland, Inc.**<br>**385 East Colorado Boulevard, Suite 299**<br>**Pasadena, CA 91101** | rent | | 57,328.92 |
| **Ahn-Gook Pharmaceuticals Co., Ltd.**<br>**#933-75, Daelim-Dong**<br>**Yongdungpo-Ku**<br>**Seoul, Korea, 150-953** | **Ahn-Gook Pharmaceuticals Co., Ltd.**<br>**#933-75, Daelim-Dong**<br>**Yongdungpo-Ku**<br>**Seoul, Korea, 150-953** | funds advanced for R&D | | 22,889.53 |
| **Annette Fribourg**<br>**9608 Sotweed Drive**<br>**Potomac, MD 20854** | **Annette Fribourg**<br>**9608 Sotweed Drive**<br>**Potomac, MD 20854** | deferred salary | | 101,704.91 |
| **Brian Mansfield**<br>**215 North Beaumont Avenue**<br>**Catonsville, MD 21228-4308** | **Brian Mansfield**<br>**215 North Beaumont Avenue**<br>**Catonsville, MD 21228-4308** | deferred salary | | 105,553.08 |
| **Cooley Godward Kronish LLP**<br>**Attention: Christian Plaza**<br>**One Freedom Square, Reston Town Center**<br>**11951 Freedom Drive**<br>**Reston, VA 20190-5656** | **Cooley Godward Kronish LLP**<br>**Attention: Christian Plaza**<br>**One Freedom Square, Reston Town Center**<br>**Reston, VA 20190-5656** | patent and professional fees | | 211,886.12 |
| **Fisher BioServices**<br>**Attention: Joan O'Brien**<br>**P. O. Box 630669**<br>**Baltimore, MD 21263-0669** | **Fisher BioServices**<br>**Attention: Joan O'Brien**<br>**P. O. Box 630669**<br>**Baltimore, MD 21263-0669** | off site freezer | | 29,657.67 |
| **Greg Bertenshaw**<br>**303 Winter Walk Drive**<br>**Gaithersburg, MD 20878** | **Greg Bertenshaw**<br>**303 Winter Walk Drive**<br>**Gaithersburg, MD 20878** | deferred salary | | 25,057.12 |
| **Hogan & Hartson**<br>**Attention: Jonathan Kahan**<br>**555 Thirteenth Street, NW**<br>**Washington, DC 20004** | **Hogan & Hartson**<br>**Attention: Jonathan Kahan**<br>**555 Thirteenth Street, NW**<br>**Washington, DC 20004** | legal fees | | 122,736.00 |
| **John Peltier**<br>**4 West Ledge Road**<br>**Clinton, MA 01510** | **John Peltier**<br>**4 West Ledge Road**<br>**Clinton, MA 01510** | deferred salary | | 63,919.75 |

B4 (Official Form 4) (12/07) - Cont.

In re **Correlogic Systems, Inc.** Case No.

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Meenoo Shivdasani**<br>**15001 Joshua Tree Rd**<br>**Gaithersburg, MD 20878** | **Meenoo Shivdasani**<br>**15001 Joshua Tree Rd**<br>**Gaithersburg, MD 20878** | **deferred salary** | | **27,465.88** |
| **Miles & Stockbridge P.C.**<br>**10 Light Street**<br>**Baltimore, MD 21202** | **Miles & Stockbridge P.C.**<br>**10 Light Street**<br>**Baltimore, MD 21202** | **legal fees** | | **35,462.65** |
| **Paolo Lecchi**<br>**4726 Miltfred Terrace**<br>**Rockville, MD 20853** | **Paolo Lecchi**<br>**4726 Miltfred Terrace**<br>**Rockville, MD 20853** | **deferred salary** | | **73,837.55** |
| **Partha Seshaiah**<br>**3018 Pebble Beach Drive**<br>**Ellicott City, MD 21042** | **Partha Seshaiah**<br>**3018 Pebble Beach Drive**<br>**Ellicott City, MD 21042** | **deferred salary** | | **21,688.88** |
| **Peter Levine**<br>**9608 Sotweed Drive**<br>**Potomac, MD 20854** | **Peter Levine**<br>**9608 Sotweed Drive**<br>**Potomac, MD 20854** | **deferred salary** | | **414,663.28** |
| **Ping Yip**<br>**238 Washington Street, 2nd Floor**<br>**Winchester, MA 01890** | **Ping Yip**<br>**238 Washington Street, 2nd Floor**<br>**Winchester, MA 01890** | **deferred salary** | | **82,914.69** |
| **Reid Adler**<br>**4716 Newcomb Place**<br>**Alexandria, VA 22304** | **Reid Adler**<br>**4716 Newcomb Place**<br>**Alexandria, VA 22304** | **deferred salary** | | **194,542.36** |
| **Suraj Amonkar**<br>**1914 Hyannis Court, Apartment 204**<br>**Mc Lean, VA 22102** | **Suraj Amonkar**<br>**1914 Hyannis Court, Apartment 204**<br>**Mc Lean, VA 22102** | **deferred salary** | | **13,340.96** |
| **ThermoFisher**<br>**P. O. Box 630669**<br>**Baltimore, MD 21263-0669** | **ThermoFisher**<br>**P. O. Box 630669**<br>**Baltimore, MD 21263-0669** | **off site freezer** | | **15,089.30** |
| **Tzong-Hao Chen**<br>**15818 Glacier Court**<br>**Gaithersburg, MD 20878** | **Tzong-Hao Chen**<br>**15818 Glacier Court**<br>**Gaithersburg, MD 20878** | **deferred salary** | | **13,706.97** |
| **Watkins Meegan**<br>**7700 Wisconsin Avenue, Suite 500**<br>**Bethesda, MD 20814-3556** | **Watkins Meegan**<br>**7700 Wisconsin Avenue, Suite 500**<br>**Bethesda, MD 20814-3556** | **accounting services** | | **26,710.33** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Correlogic Systems, Inc.**  Case No.
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President & CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **July 12, 2010**  Signature **/s/ Peter J. Levine**
**Peter J. Levine**
**President & CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maryland

In re  **Correlogic Systems, Inc.**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President & CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July 12, 2010**

**/s/ Peter J. Levine**
**Peter J. Levine**/**President & CEO**
Signer/Title

A.R.E. Maryland, Inc.
385 East Colorado Boulevard, Suite 299
Pasadena, CA 91101


ACS
P. O. Box 182426
Columbus, OH 43218-2426


Agilent Technologies
Attention: Pinki Mishra
P. O. Box 2995
Colorado Springs, CO 80901-2995


Ahn-Gook Pharmaceuticals Co., Ltd.
#933-75, Daelim-Dong Yongdungpo-Ku
Seoul, Korea, 150-953


Annette Fribourg
9608 Sotweed Drive
Potomac, MD 20854


Brian Mansfield
215 North Beaumont Avenue
Catonsville, MD 21228-4308


Cintas Corp.
P. O. Box 1385
Culpeper, VA 22701


Cooley Godward Kronish LLP
Attention: Christian Plaza
One Freedom Square, Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656


CPA Global
225 Reinekers Lane, Suite 400
Alexandria, VA 22314

Emergo Group
1705 South Capital of Texas Highway
Suite 500
Austin, TX 78746


FHCI
2501 North Orange Avenue, Suite 689
Orlando, FL 32804


Fisher BioServices
Attention: Joan O'Brien
P. O. Box 630669
Baltimore, MD 21263-0669


Greenberg Traurig, LLP
Attention: Robert Charrow
2101 L Street, NW, Suite 1000
Washington, DC 20037


Greg Bertenshaw
303 Winter Walk Drive
Gaithersburg, MD 20878


Hogan & Hartson
Attention: Jonathan Kahan
555 Thirteenth Street, NW
Washington, DC 20004


Iron Mountain
P. O. Box 27129
New York, NY 10087-7129


Jean Zhao
10125 Gravier Court
Montgomery Village, MD 20886


John Peltier
4 West Ledge Road
Clinton, MA 01510

Katherine Bergstrom
13058 Shadyside Lane
Germantown, MD 20874


Linowes and Blocher LLP
7200 Wisconsin Avenue, Suite 800
Bethesda, MD 20814-4842


M&T Bank
25 South Charles Street, 11th Floor
Baltimore, MD 21201


Medco/Scheer Partners
9713 Key West Avenue, Suite 250
Rockville, MD 20850


Meenoo Shivdasani
15001 Joshua Tree Rd
Gaithersburg, MD 20878


Miles & Stockbridge P.C.
10 Light Street
Baltimore, MD 21202


NCC Group
1731 Technology Drive, Suite 880
San Jose, CA 95110


Paolo Lecchi
4726 Miltfred Terrace
Rockville, MD 20853


Partha Seshaiah
3018 Pebble Beach Drive
Ellicott City, MD 21042

```
PEPCO
P. O. Box 4863
Trenton, NJ 08650-4863



Performance Technology Group
1615 Knecht Avenue
Halethorpe, MD 21227-1509



Peter Levine
9608 Sotweed Drive
Potomac, MD 20854



Ping Yip
238 Washington Street, 2nd Floor
Winchester, MA 01890



PR Newswire
GPO Box 5897
New York, NY 10087-5897



Premium Assignment Corp.
P. O. Box 3100
Tallahassee, FL 32315-3100



Premium Finance Specialists
P. O. Box 9045
New York, NY 10087



R.P. Chiacchierini & Associates, LLC
15825 Shady Grove Road, Suite 30
Rockville, MD 20850



Reid Adler
4716 Newcomb Place
Alexandria, VA 22304
```

Roberts Oxygen Company, Inc.
P. O. Box 5507
Rockville, MD 20855


Sheri DeVinney
421 Christopher Avenue, # 34
Gaithersburg, MD 20879


Sonnenschein Nath & Rosenthal LLP
Attention: Randy Sabett
1301 K Street, NW, Suite 600
Washington, DC 20005-3364


Suraj Amonkar
1914 Hyannis Court, Apartment 204
Mc Lean, VA 22102


ThermoFisher
P. O. Box 630669
Baltimore, MD 21263-0669


Tzong-Hao Chen
15818 Glacier Court
Gaithersburg, MD 20878


Verizon - FIOS
P. O. Box 12045
Trenton, NJ 08650


Verizon - T1 Line
P. O. Box 371873
Pittsburgh, PA 15250-7873


Verizon - VOIP
27732 Network Place
Chicago, IL 60673-1299

```
Watkins Meegan
7700 Wisconsin Avenue, Suite 500
Bethesda, MD 20814-3556


Wes Wiggins
22866 Cartier Terrace
Ashburn, VA 20148
```

# United States Bankruptcy Court
### District of Maryland

In re: **Correlogic Systems, Inc.**, Debtor

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ahn-Gook Pharmaceuticals Co., Ltd.**<br>Attention: Erika Lee<br>993-75 Daelim-dong Yongdeungpo-gu<br>Seoul, Korea 150-953 | Series C Preferred | 2,808,149 shares | |
| **Annette Fribourg**<br>8608 Sotweed Drive<br>Potomac, MD 20854 | Series C Preferred | 294,855 shares | |
| **Ben Hitt**<br>9 Forest Hills<br>Wheeling, WV 26003 | common | 2,665,592 shares | |
| **Craig and Diane Shanklin**<br>P. O. Box 949<br>Santa Clara, UT 84765 | common | 101,626 shares | |
| **David A. Mulkey 1987 Living Trust**<br>c/o David Mulkey<br>2860 Augusta Drive<br>Las Vegas, NV 89109 | common | 203,252 shares | |
| **Donald Dombrowski, MD**<br>7545 Spanish Bay Drive<br>Las Vegas, NV 89113 | common | 81,300 shares | |
| **Finn Medical**<br>Attention: Daniel Finn<br>35 Bryam Shore Road<br>Greenwich, CT 06830 | common | 690,000 shares | |
| **Henry B. Soloway Irrevocable Trust, 1991**<br>c/o Henry Soloway<br>1350 Town Center Drive<br>Las Vegas, NV 89144 | common | 81,300 shares | |
| **Jean E. McCusker 2002 Spendthrift Trust**<br>c/o Jean McCusker<br>2300 Rancho Bel Air Drive<br>Las Vegas, NV 89107 | common | 243,902 shares | |
| **Jerrold L. Glick**<br>1600 Wynkoop Street, Suite 200<br>Denver, CO 80202 | common | 333,333 shares | |

**1** continuation sheets attached to List of Equity Security Holders

In re    **Correlogic Systems, Inc.**                                                    , Case No. _____
                                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kathleen Schenk Trust**<br>**c/o Thomas B. McGaughy, Senior VP**<br>**WesBanco Bank, Inc.**<br>**1 Bank Plaza**<br>**Wheeling, WV 26003** | **common** | **1,440,000 shares** | |
| **Marc Giattini**<br>**5270 Indian Court**<br>**Sanibel, FL 33957** | **common** | **993,900 shares** | |
| **MASA Life Science Ventures LP**<br>**Attention: Sinclair Dunlop**<br>**1701 16th Street, Suite 716**<br>**Washington, DC 20009** | **Series C Preferred** | **1,404,074 shares** | |
| **Peter Levine**<br>**20271 Goldenrod Lane, Suite 2070**<br>**Germantown, MD 20876** | **common** | **6,522,368 shares** | |
| **Quest Diagnostics**<br>**Attention: Nicholas J. Conti**<br>**3 Giralda Farms**<br>**Madison, NJ 07940** | **Series B Preferred** | **2,892,765 shares** | |
| **Reid Adler**<br>**4716 Newcomb Place**<br>**Alexandria, VA 22304** | **Series C Preferred** | **98,285 shares** | |
| **Robert Belliveau**<br>**5850 North Park Street**<br>**Las Vegas, NV 89149-2302** | **common** | **243,902 shares** | |
| **Stephen Adler**<br>**3313 Lake Cliff Court**<br>**Austin, TX 78746** | **Series C Preferred** | **98,285 shares** | |
| **Stephen Finn**<br>**4531 Zeller Road**<br>**Columbus, OH 43214** | **Series C Preferred** | **70,203 shares** | |
| **Timothy A. Coleman**<br>**18110 Hayloft Drive**<br>**Derwood, MD 20855** | **common** | **20,000 shares** | |

Sheet   **1**   of   **1**   continuation sheets attached to the List of Equity Security Holders

In re  **Correlogic Systems, Inc.**                                      , Case No. _____

                                                Debtor

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President & CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 12, 2010**                                      Signature  **/s/ Peter J. Levine**
                                                                                                                                  **Peter J. Levine**
                                                                                                                                   **President & CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§  152 and 3571.

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

## United States Bankruptcy Court
### District of Maryland

In re  **Correlogic Systems, Inc.**

Debtor(s)

Case No.

Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Peter J. Levine**, declare under penalty of perjury that I am the **President & CEO** of **Correlogic Systems, Inc.**, and that the Board of Directors of said corporation, at a meeting duly called and held on the 2nd day of July 2010, authorized Mr. Levine to sign and file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code.

Date  **July 12, 2010**

Signed  **/s/ Peter J. Levine**
**Peter J. Levine**

Resolution
of
**Correlogic Systems, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Peter J. Levine**, **President & CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Peter J. Levine**, **President & CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Peter J. Levine**, **President & CEO** of this Corporation is authorized and directed to employ **James A. Vidmar**, attorney and the law firm of **Logan, Yumkas, Vidmar & Sweeney, LLC** to represent the corporation in such bankruptcy case.

Date  **July 12, 2010**                                      Signed  **/s/ Peter J. Levine**
                                                                     **Peter J. Levine, President & CEO**